United States District Court
Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10
11   CHESTER RUNIONS,                    Case No.  14-cv-02429-JCS (PR)
              Plaintiff,
12
        v.                               **ORDER OF TRANSFER**
13
     DRS. SOHI and T.I. LEE,
14
              Defendants.
15
16

17       Plaintiff alleges claims against medical staff at California Rehabilitation Facility,

18   which is in Riverside County, which lies in the Central District of California.  This federal

19   civil rights action is hereby TRANSFERRED to the Central District of California, wherein

20   venue properly lies because a substantial part of the events or omissions giving rise to the

21   claims occurred, and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(c),

22   1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

23       **IT IS SO ORDERED.**

24   **Dated:**  July 18, 2014

25                                        _____
                                          JOSEPH C. SPERO
26                                        United States Magistrate Judge
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHESTER RUNIONS,

    Plaintiff,

  v.

SOHI, et al.,

    Defendants.

Case No. 14-cv-02429-JCS

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 7/18/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chester Runions
California Rehabilitation Center
P.O. Box 1841
Norco, CA 92860

Dated: 7/18/2014

                              Richard W. Wieking
                              Clerk, United States District Court

                              By: *Karen L. Hom*
                              Karen Hom, Deputy Clerk to the
                              Honorable JOSEPH C. SPERO